Dated: September 17th, 2025



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Proceeding |
| | ) | |
| | ) | Case No. 24-01539-WLH7 |
| Raymundo Lopez Colin~~,~~ | ) | |
| Angela Ramirez Colin, | ) | ***EX PARTE*** |
| | ) | ORDER REOPENING CHAPTER 7 |
| Debtors. | ) | CASE |
| | ) | |

    This matter having come before the ~~C~~court upon the Motion of the Debtors and the ~~C~~court deeming itself advised in the premises, it is therefore

    ORDERED, ADJUDGED, and DECREED that the Motion [ECF No. 22] is granted and the Debtors' chapter 7 case is reopened ~~to list a pre-petition pending lawsuit and claim~~.

/ / / End of Order / / /

Presented by:

/s/ Timothy M. Coleman
Timothy M. Coleman WSBA #22866
OlsenDaines, P.C.
Attorney for Debtor
(503) 362-9393
OlsenDaines
P.O. Box 12829
Salem, OR 97309
tcoleman@olsendaines.com

 * Changes made by court

1 – ***EX PARTE*** ORDER REOPENING CHAPTER 7 CASE